IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Lynchburg Division

CVLR Performance Horses, Inc.,  ) Civil No.
                                           ) 6:11CV00035-NKM
    Plaintiff,                         )
                                           )
v.                                           )
John L. Wynne, <u>et al.</u>,          )
    Defendants.                  )

NOTICE OF HEARING

TAKE NOTICE that a hearing on the defendants' motions to dismiss will be held at 11:30 a.m., March 9, 2012 at the United States District Court, 1101 Court Street, Lynchburg, Virginia.

                          Respectfully Submitted,

                          CVLR PERFORMANCE HORSES, L.L.C.

                          By: _____

Gary M. Bowman, Esq.
VSB No. 28866
2728 Colonial Avenue, Ste. 100
Roanoke, Virginia 24015
Tel: (540) 343-1173
Fax: (540) 774-0063

1

## CERTIFICATE OF SERVICE

I, Gary M. Bowman, do hereby certify that a true and correct copy of this Notice was served through the ECF system to all counsel and mailed to the following persons on January 31, 2012: Seth Twery, Esq., 715 Court Street, Lynchburg VA 24504; and John M. Perry, Jr., Esq., Edmunds & Williams P.C., P.O. Box 958, Lynchburg VA 24505.

_____
GARY M. BOWMAN