IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **CVLR PERFORMANCE HORSES, INC.,** *Plaintiff,* | ) ) ) **CASE NO. 6:11-CV-00035** |
| **v.** | ) ) **ORDER** |
| **JOHN L. WYNNE, et al,** *Defendants* | ) ) ) |

Upon consideration of the Joint Stipulation of Dismissal with Prejudice submitted to this Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the entire record herein, it is by the Court this 27th day of March, 2014,

**ORDERED** that the above captioned case is dismissed with prejudice.

Entered this 27th day of March, 2014.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE